**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DIANNE BURRELL**                                                    **PLAINTIFF**

**V.**                            **NO.   4:06CV01556**

**CORNELIUS JOHNSON**                                     **DEFENDANT**

## ORDER

Pursuant to the notice of settlement filed herein, Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of March, 2007.

James M. Moody
United States District Judge